

Attorneys at Law

Aime Dempsey
t 212.351.3764
f 212.878.8750
adempsey@ebglaw.com

August 13, 2020

**VIA ECF**

Clerk of the Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:  *Jefferies LLC v. Gegenheiner*
          Docket No. 20-2273

To The Clerk:

    This Firm is counsel to Defendant-Appellant Jon A. Gegenheimer in the above-referenced matter. Pursuant to Local Rule 31.2(a)(1)(A), this letter hereby notifies the Court of Defendant-Appellant's request that the deadline for filing Defendant-Appellant's Brief be set as October 29, 2020. This date is within 91 days after July 30, 2020, the date when Form D was filed.

                              Respectfully submitted,

                              /s/ Aime Dempsey

                              Aime Dempsey

cc:    Andrew Shapren, Esq. (via ECF)