# UNITED STATES COURT OF APPEALS
## for the
## SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 14th day of August, two thousand and twenty,

_____

| | |
|---|---|
| Jefferies LLC, | **ORDER** |
| | Docket No: 20-2273 |
| Plaintiff - Appellee, | |
| v. | |
| Jon A. Gegeheimer, | |
| Defendant - Appellant. | |

_____

Counsel for APPELLANT has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting October 29, 2020 as the brief filing date.

It is HEREBY ORDERED that Appellant's brief must be filed on or before October 29, 2020. The appeal is dismissed effective October 29, 2020 if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court