# Buchanan Ingersoll & Rooney PC

**Andrew J. Shapren**
215 665 3853
Andrew.shapren@bipc.com

Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA 19102-2555
T 215 665 8700
F 215 665 8760

November 6, 2020

**VIA ECF**

Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square, Room 622
New York, New York 10007

    Re: *Jefferies LLC v. Gegenheimer*, Docket Number 20-2273

To The Clerk:

    My firm represents Appellee Jefferies LLC in the above-referenced case. Pursuant to Local Rule 31.2(a)(1)(B), Appellee requests that the deadline for filing Appellee's Brief be set for January 27, 2021. This date is within 91 days after the filing of Appellant Jon A. Gegenheimer's brief.

                                               Sincerely,

                                               Andrew J. Shapren

cc:    David Jacobs, Esq. (via ECF)
         Aime Dempsey, Esq. (via ECF)